UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
10 MAR 12 AM 10:56
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

LeSamuel Palmer,
  Plaintiff

vs                                   Case # 2:09-CV-604-FtM-29DNF

A. Johnson, et al,
  Defendants

## NOTICE TO THE COURT AND MOTION FOR MISCELLANEOUS RELIEF

COMES NOW The Plaintiff, LeSamuel Palmer in Proper Person and Pro.se does hereby move this Court, of an Notification, to Notify this Court of an Retaliation Incident that occurred on the 02/20/2010:

Plaintiff does hereby Present the Following:

On the 02/20/2010 at Approximately 11:41 am while the Plaintiff was assigned to cell 2-205 of A. Dormitory At Charlotte C.I, Officer H. Jones took and Assualted the Plaintiff, by Striking The Plaintiff on his hand with an "PadLock". Plaintiff struck his arm out the Feeding Flap, to Receive an "Cup of Tea". When the Plaintiff was bringing his arm back In, the above Named C.O took And stricked the Plaintiff twice on his hand with the "PadLock". Then call the Plaintiff an "Dumb Ass". Then when the Plaintiff asked to speak to an supervisor, C.O H Jones then utilized Chemical Agents upon the Plaintiff while the Plaintiff, had his Food Tray in his hand.

The Plaintiff have no doubt in his mind that it's was an Retaliation, from the Lawsuits that the Plaintiff had Filed on several officer at Charlottee C.I. (case#No's: 2:09-CV-401, 2:09-CV-604, 2:10-CV-98) Which each suits Reflex off of one another. For every since the First Placement of suit 2:09-CV-401

And 2:09-CV-604. Retaliation have been tooken upon the Plaintiff. Suit 2:09-CV-604 is From an Retaliation From Suit. 2:09-CV-406 and Suit 2:10-CV-98 is an Retaliation Suit From 2:09-CV-406 and From Suit 2:09-CV-604.

For the Plaintiff done had different Officers makken statement toward him, Like "There goes Johnny Cochran" and tellings others Inmate that The Plaintiff is an "Baby Rapper". Officer Jones is among these Officers.

The Plaintiff would Like for this Court to Provide him with an T·R·O Form as well as an 1983 Complaint Form, AO 440 (Summons in a Civil Action) Form, AO 399 (Waiver of the Service of Summons) Form, AO 398 (Notice of a Lawsuit etc.) Form and USM-285 (U·S Department of Justice U·S Marshals Service) Form.

Again the Follow Form is need:

(4) T·R·O Forms    (4) AO-399 Forms    (4) USM 285 Forms
(4) AO-440 Forms   (4) AO-398 Forms    (1) 1983 Complaint Form.

Respectfully Submitted
s/ LSP
Le Samuel Palmer #L41847 PRO·SE
Charlotte CORR·INST
33123 Oil Well Rd
Punta Gorda FL 33955