IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**LESAMUEL PALMER,**
**DC#L41847,**

    **Plaintiff,**

v.                             **Case No.: 2:09-CV-604-FtM-29DNF**

**A. JOHNSON, et al.,**

    **Defendants.**
_____/

## DEFENDANTS' ANSWER, DEFENSES, AND DEMAND FOR JURY TRIAL

Defendants **Kraus** and **Walker**, through counsel, submit this Answer, Affirmative Defenses, and Demand for Jury Trial in response to the Plaintiff's civil rights complaint and state as follows:

I.        Admitted.

II.    A.    Without knowledge.

          B.    Without knowledge.

          C.    Without knowledge.

          D.    Without knowledge.

III.   A.    Admitted.

          B.    Without knowledge.

          C.    Without knowledge.

      D.    N/A.

IV.    A.    Without knowledge.

      B.    Without knowledge.

      C.    Without knowledge.

      D.    Without knowledge.

V.    Admitted as to each responsive defendant's respective address. Without knowledge as to any unserved defendant's address.

VI.    Denied.

VII.    Admitted that a use of force was employed against Plaintiff on June 08, 2009. Remainder denied.

VIII.    Denied that Plaintiff is entitled to any damages or any relief whatsoever.

## **Affirmative Defenses**

1.    Plaintiff has not established a violation of his constitutional rights and his claims are malicious.

2.    Plaintiff is not entitled to compensatory or punitive damages per 42 U.S.C. § 1997e(e).

3.    Plaintiff failed to fully and properly exhaust his administrative remedies.

4.    Plaintiff fails to state a claim against Defendants.

5.    Defendants are entitled to qualified immunity.

**Demand for Jury Trial**

Defendants demand a jury trial on all issues triable.

          Respectfully submitted,

          **BILL MCCOLLUM**
          **ATTORNEY GENERAL**

          s/ Lance Eric Neff
          Lance Eric Neff
          Assistant Attorney General
          Florida Bar Number 26626
          Office of the Attorney General
          The Capitol, PL-01
          Tallahassee, Florida 32399-1050
          (850) 414-3300 - Telephone
          (850) 488-4872 - Facsimile
          Email: Lance.Neff@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: LeSamuel Palmer, DC# L41847, Charlotte C.I., 33123 Oil Well Road, Punta Gorda, Florida, 33955-9701 on this 22nd day of April 2010.

          /s/ Lance Eric Neff
          LANCE ERIC NEFF