FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

10 APR 30 AM 11:08

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

**LeSAMUEL PALMER,**
    **Plaintiff,**

Vs.                                                    CASE NO.: 2:09-CV-401-FTM-99DNF
                                                                       2:09-CV-604-JES-29DNF
**M. KRAUS, et.al**                                    2:10-CV-98-FTM-36SPC
**A. JOHNSON, et.al**
**T. GJERDE, et.al**
        **Defendant,**
_____/

## WITNESS AFFIDAVIT

I  SIMON NELSON #L59498  being duly sworn deposes and say: (Write Statement Below)

ON APIRL 12, 2010 WHILE I WAS HOUSED IN F-DORMITORY CELL 4207, WE WAS OUT FOR DAYROOM. AT 7:00PM I SEEN OFFICER, RESTY AND GILIBERTO KICKEN, PUNCHING etc LESAMUEL PALMER

Date 4/14/2010                             /s/ Simon Nelson
                                                          SIMON NELSON #L59498
                                                          Charlotte Correctional Inst.
                                                          33123 Oil Well Road
                                                          Punta Gorda, Florida 33955

I LeSamuel Palmer DC#L41847 verify that Inmate:
Nelson made the above statement.
/s/ _____
LeSamuel Palmer DC#L41847

**SWORN TO BEFORE ME THIS _____ DAY OF APRIL, 2010**

_____
**NOTARY PUBLIC**