# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA FT. MYERS DIVISION

**LESAMUEL PALMER,**
**DC#L41847,**

    Plaintiff,

v.                                 Case No.: 2:09-CV-604-FtM-29DNF

**A. JOHNSON, et al.,**

    Defendants.
_____/

## DEFENDANTS' MOTION TO STRIKE

Defendants Kraus, Johnson, and Walker, through undersigned counsel and pursuant to Rule 12(f), Federal Rules of Civil Procedure, move to strike document 47 (Witness Affidavit) from the court docket.

On April 30, 2010, Plaintiff filed a "Witness Affidavit" which asserts that Plaintiff was assaulted by officers not named in the complaint. (Doc. 47)

## MEMORANDUM OF LAW

Rule 12(f) provides that a court may order "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter" by stricken from a pleading.

A "redundant" matter consists of allegations that constitute a needless repetition of other averments or which are foreign to the issue to be denied. Gilbert v. Eli Lilly & Co., Inc., 56 F.R.D. 116, 120, n. 4 (D.P.R. 1972); Manhattan Fire and Marine Ins. Co.

v. Nassau Estates II, 217 F.Supp. 196 (D.N.J. 1963). An "immaterial" matter has no essential or important relationship to the claim for relief or defenses pleaded. Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527 (9th Cir.1993) rev'd on other grounds, Fogerty v. Fantasy, Inc., 510 U.S. 517 (1994); Gilbert, 56 F.R.D. at 120 n.5; Fleischer v. A.A.P., Inc., 180 F.Supp. 717 (S.D.N.Y. 1959). A statement of unnecessary particulars in connection with and descriptive of a material matter may be stricken as "immaterial." Gilbert, 56 F.R.D. at 120 n. 5; Burke v. Mesta Mach. Co., 5 F.R.D. 134 (D.C.Pa. 1946). Superfluous historical allegations are properly subject to a motion to strike. Fantasy, Inc., 984 F.2d at 1527; see, e.g., Healing v. Jones, 174 F.Supp. 211, 220 (D.Ariz. 1959).

An "impertinent" allegation is neither responsive nor relevant to the issues involved in the action and which could not be put in issue or given in evidence between the parties. Gilbert, 56 F.R.D. at 120, n. 6; Burke, 5 F.R.D. 134. An "impertinent" matter consists of statements that do not pertain and are unnecessary to the issues in question. Fantasy, Inc., 984 F.2d at 1527. A "scandalous" matter improperly casts a derogatory light on someone, usually a party. Skadegaard v. Farrell, 578 F.Supp. 1209, 1221 (D.N.J. 1984); Gilbert, 56 F.R.D. at 120 n.7; Martin v. Hunt, 28 F.R.D. 35 (D.Mass. 1961). Allegations may be stricken as scandalous if the matter bears no possible relation to the controversy or may cause the objecting party prejudice. Talbot v. Robert Matthews Distributing Co., 961 F.2d 654, 664 (7th Cir.

1992); Beck v. Cantor, Fitzgerald & Co., 621 F.Supp. 1547, 1565 (N.D.Ill. 1985).

Here, the "Witness Affidavit" is immaterial and impertinent as the document has no essential or important relationship to the claim for relief and consists of a matter that does not pertain to the issue in Plaintiff's Complaint. See Wood v. Idaho Department of Corrections, 391 F.Supp.2d 852, 855 (D.Idaho 2005) (striking inmate affidavits which were irrelevant).

Further, under Rule 7 of the Federal Rules of Civil Procedure, the document is an improper filing.

## CONCLUSION

For the aforementioned reasons and in accordance with the cited case law, Defendants Kraus, Johnson, and Walker move to strike document 47 (Witness Affidavit) from the court docket. Further, the Court should warn Plaintiff to cease his filing of immaterial, impertinent, and scandalous documents under threat of sanction.

Respectfully submitted,

**BILL MCCOLLUM**
**ATTORNEY GENERAL**

s/ Lance Eric Neff
Lance Eric Neff
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone

(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: LeSamuel Palmer, DC# L41847, Charlotte C.I., 33123 Oil Well Road, Punta Gorda, Florida, 33955-9701 on this 12th day of May 2010.

/s/ Lance Eric Neff
LANCE ERIC NEFF