IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LeSAMUEL PALMER,
Plaintiff,

Vs.

M. KRAUS, et.al
A. JOHNSON, et.al
T. GJERDE, et.al
    Defendant,
_____/

CASE NO.: 2:09-CV-401-FTM-99DNF
2:09-CV-604-JES-29DNF
2:10-CV-98-FTM-36SPC

## WITNESS AFFIDAVIT

I Valentine Oscar J. DC# B04956 being duly sworn, deposes and say: (Statement Below)

On March 19, 2010, while I was housed in A-Dorm ( * * * ) with inmate Palmer. At approximately 4:00pm Sgt J. Bracy come on shift, and during His rounds He was talking about he hates inmate Palmer and He has "shit" to say to inmate Palmer and inmate Palmer best bet is to stay out of His way.

**I LeSamuel Palmer** DC#L41847 verify that above statement been made by the above witness

Oscar J. Valentine
Oscar J. Valentine
DC# B04956
April _07_, 2010

**SWORN TO BEFORE ME THIS _____ DAY OF APRIL, 2010**

_____
**NOTARY PUBLIC**