IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESAMUEL PALMER,
    Plaintiff,

V.                          CASE NO.: 2:09-CU-401-FTM-99DNF
                                      2:09-CU-604-JES-DNF
                                      2:10-CU-98-FTM-36SPC

M. KRAUS, et. al.,                    WITNESS
A. JOHNSON, et. al.,
M. KRAUS, et. al.,                    AFFIDAVIT
    Defendants,
_____/

I, Simon Nelson, DC# L59498 being duly sworn, deposes and say:

On April 12, 2010 while I; Simon Nelson, was housed in F-Dormitory, Cell # 4207, we was out for dayroom in F-Dormitory Wing 4 at approximately 7:00pm, I observed Officer Resty and Officer Giliberto bringing Inmate Palmer out of Quad 3 into the sally port. Officer Giliberto and Resty took and force Palmer to the floor of the sally port and started kicking and punch Inmate Palmer.

                                            RESPECTFULLY SUBMITTED,

Date 4 / 14 / 2010               Simon Nelson, DC# L59498
                                     Charlotte Correctional Institution
                                     33123 Oil Well Road
                                     Punta Gorda, Florida 33955

I, Le Samuel Palmer, DC# L41847 verify that Mr. Simon Nelson made the above statement.

Date 4 / 14 / 2010

Le Samuel Palmer, DC# L41847
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida 33955

**Sworn to** before me this _____ day of April, 2010.

**STATE OF FLORIDA,
COUNTY OF CHARLOTTE**

_____
           **NOTARY**

_____
           **SIGNATURE**

_____
           **SEAL**

# INMATE REQUEST

10-510-2121

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
(Instructions on Back)

Mail Number: ___
Team Number: ___
Institution: ___

| TO: (Check One) | ☐ Warden  ☑ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Palmer, LeSamuel | DC Number: L41847 | Quarters: F3214 | Job Assignment: — | Date: 04/18/10 |
|---|---|---|---|---|---|

**REQUEST** Informal Grievance

I had placed in an Sensitive, Reprisal Grievances on the 4/14/10 which this Office received it on the 15/April on the Follow below issue which this office deny it from been an Sensitive nature but never address it as an "Reprisal Grievances."

The Grievance was on this is base on of violation of the 8th Amendment cruel and unusal Punishment. For on the 04/14/2010 I had an callout to see ARNP Johnson (Medical). Which I was Forced to cuff behind my back with chain and Black Box, with leg Chains. Stating I was "High Risk" (camera Quad 3 of F-Dorm Approximately 9:30 Am check please)

For with the Forcing me to cuff up behind the back to see the Nurse if not I won't see her, brought More unnessary and wanton suffer of pain to my Right Damage shoulder, which proven in Medical File me been Front cuff and has been diagnose with an injury shoulder having on going treatment since on it.

I Highly Recommend Disciplinary Action be taken.

---

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**          DATE RECEIVED:

RECEIVED APR 20 2010 CHARLOTTE CORRECTIONAL INSTITUTION ASSISTANT WARDEN PROGRAMS

Try Patterson, Medical was contacted and you do have a valid front cuff pass, Lt. Gridland will be advised and staff will be informed of this. Your grievance is approved.

---

[The following pertains to informal grievances only:
Based on the above information, your grievance is __Approved__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.00 F.A.C.]

Official (Signature): ___          Date: 4-26-10

Distribution: White — Returned to Inmate       Pink — Retained by official responding, or if the response is to an
             Canary — Returned to Inmate              informal grievance then forward to be placed in inmate's file.

10/28/09

Office Of The Clerk
Deputy Clerk
Ms. Sherry

2:09CV40199DNF
2:09CV604 29 DNF

RECEIVED 09 NOV -6 AM 11:28 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT. MYERS, FLORIDA

Dear Ms Sherry (Deputy Clerk):

I received the copies service and US marshal 285 process receipt. I ~~[crossed out]~~ had enclosed the US marshal 285 Process receipt, alone with this, if you still need more copies of the service Forms (notice of Lawsuit/waiver of service of summons, waiver of service of summons) Please do advise me and I'll resubmit them to you again.

I would like to apologize For the delay of the enclosen. The delay wasn't intentionally; And I truthfully Are thankful of you re submitting the enclosen back to me again.

I received the First enclose (Summons and Marshal's Forms) For this Honorable court on the 10/14/09, Which I was unable to Fill out the Forms. For on the 10/18/09 I was attached by an inmate at Charlotte C.I., with an home Made Knife. That was conducted (set up) by Staff members of Charlotte C.I., For retaleration For the two lawsuit that I have placed on Staff members at Charlotte, which I had to receive outside medical treatment, From an dish located shoulder which I received Surgery.

I'm now housed at ~~[crossed out]~~ South Florida Reception center. For re covering. Which I can't barely move my Right arm.

Deputy Clerk Ms. Sherry is it anything that I can File, about This, And Can the court order For me to not return back to that Institution, For I'm afraid of my Life and For catching more time For IF I have to defend myself, Please do advise me to it

Please do send me an copy of this letter alone with any thing I can File

Thanks
[signature]
South Florida Reception Center
14000 N.W. 41st St Doral, Fl 33178-3007