IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LeSAMUEL PALMER,**
**Plaintiff,**

Vs.  CASE NO.: 2:09-CV-401-FTM-99DNF
     2:09-CV-604-JES-29DNF
**M. KRAUS, et.al**   2:10-CV-98-FTM-36SPC
**A. JOHNSON, et.al**
**T.GJERDE, et.al**
     **Defendant,**
_____/

## WITNESS AFFIDAVIT

I Lamonte Cobbs DC#R47630 being sworn deposes and say: (Write Statement)

On February 20, 2010, Charlotte Correctional Officer K. Jones took and struck Mr.Palmer on the hand twice with a "Pad Lock" and then applied chemical agents upon Mr.Palmer for no justified reason. The assault and battery report that was taken upon Mr.Palmer was taken by Officer Jones that was doing the noon meal.

**I LeSamuel Palmer DC#L41847** verify that above statement been maded by the above witness.
/s/ _LeSamuel Palmer_

_Lamonte Cobb_  4/1/10
Witness Signature   Date:

_Lamonte Cobbs_
print name
Charlotte Correctional Inst.
33123 Oil Well Road
Punta Gorda, Florida 33955

**SWORN TO BEFORE ME THIS _____ DAY OF APRiL, 2010**
_____
**NOTARY PUBLIC**