IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION.

FILED
10 MAY 18 PM 2:52
CLERK, US ...
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

LeSamuel Palmer
Plaintiff,

V.                                  Case No: 2:09-cv-604-FtM-29DNF

A. Johnson, et al.,                 Plaintiff Motion to Dismiss Defendants
Defendants                          Motion to Strike.

COME NOW the Plaintiff, LeSamuel Palmer in propa and Pro se For Plaintiff submit this Motion to Dismiss Defendants Motion to strike. As Grounds Plaintiff state the Following.

Defendants Counsel Filed an Motion to Strike Doc 47, where The Plaintif Filed an Witness Affidavit, with his motion where The Plaintiff was assaulted by officers as an Retaliation on the behalf of the Defendants,

## MEMORANDUM OF LAW

The Plaintiff Filed the Witness Affidavits on the 30 day, of April 2010, to support his Motion and to show this Honorable court That the Plaintiff had not submit an False Allegation of Retaliation on the Defendants.

The retaliation is an relation to this case - For the Plaintiff is been Rebaliated against, cause of this case and other case that Plaintiff have on defendant(s).

## CONCLUSION

For the Before mentioned reasons, of the continue nation of Retaliation thats been brought upon the Plaintiff. Plaintiff Move this Honorable Court to Dismiss the Defendant Motion to Strike, And remain the witness Affidavit to the Documents For its apart of this case.

(Please see Reverse Side)

Respectfully Submitted

*[signature]*

LeSamuel Palmer #L41847
Charlotte C-I
33123 Oil Well Rd
Punta Gorda FL 33955

## CERTIFICATE OF SERVICE

I CERTIFY That a true and correct copy of the foregoing has been Furnished by U.S. Mail to: Lance Eric Neff Office of the Att Gen Capitol PL-01 Tall FLA 32394

*[signature]*
LESAMUEL Palmer