UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LESAMUEL PALMER,

    Plaintiff,

vs.                                Case No.   2:09-cv-604-FtM-29DNF

A. JOHNSON; A. WALKER; M. KRAUS; S. CONIGILIO,

    Defendants.

_____

**ORDER**

This matter comes before the Court upon review of the following motions filed by Plaintiff: motion for an extension of time (Doc. #64), filed July 15, 2010, second motion for an extension of time (Doc. #65), filed July 20, 2010, motion to compel discovery (Doc. #66, Motion), filed August 12, 2010, to which Defendants filed a response in opposition (Doc. #67, Response) on August 23, 2010.  The Court will first address Plaintiff's motion to compel and will then address Plaintiff's motion to enlarge the time to file a response to the Defendants' Motion for Summary Judgment.

In the Motion to Compel, Plaintiff first requests permission to view the videotape that captured the use of force incident at issue in this case.  Plaintiff points out that Defendants previously told him that no such videotape existed, but Defendants reference such a videotape in their Motion for Summary Judgment. Motion at 1.  Defense counsel acknowledges that he was initially

told that no videotape existed that captured the incident at issue, but counsel later uncovered the videotapes. Response at 2. Defendants state that Plaintiff will be permitted to view the "videos." Id. While the parties do not appear to be disputing this issue, the Court will require Defendants to allow Plaintiff as much time as reasonable necessary to view the videotapes **within seven (7) days** from the date on this Order. If Defendants do not comply with this Order, absent an Order allowing the Defendants more time, Plaintiff shall notify the Court.

Next, Plaintiff requests to view the Department of Corrections' personnel files for the named-Defendants. Motion at 2. Defendants oppose Plaintiff's request and first state, in conclusive terms, that Plaintiff's review of such files would pose a "security risk." Response at 2. Defendants also state that Plaintiff has not explained why he needs the personnel files and that the files are unlikely to lead to admissible evidence for trial. Response at 2-3.

The Court disagrees with the Defendants. Certain personnel files belonging to the named Defendants may reveal previous investigations of the Defendants conducted by the Office of the Inspector General in other cases alleging excessive use of force, thereby establishing a history of excessive use of force. Such files may also contain information concerning disciplinary measures that were taken against these Defendants in other cases. Plaintiff

may use this evidence, if it exists, to show that these Defendants have engaged in a custom or practice of using excessive use of force, and that supervisory officials were alerted to such actions by Defendants. See generally Monell v. Dep't of Soc. Serv., 436 U.S. 658 (1978); Cottone v. Jenne, 326 F.3d 1352, 1360 (11th Cir. 2003). Therefore, Defendants shall provide for Plaintiff's review any and all personnel files that show investigations and outcomes of those investigations, and/or disciplinary measures involving the named-Defendants. Any private information, or information that poses a threat to "security," Defendants may redact accordingly.

Based on the foregoing, Plaintiff's motions for an extension of time are granted. Plaintiff shall file his response to the Defendants' Motion for Summary Judgment within forty (40) days from the date on this Order.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's motion for an extension of time (Doc. #64) and second motion for an extension of time (Doc. #65) is **GRANTED**. Plaintiff shall file a Response to the Defendants' Motion for Summary Judgment within **forty (40) days** from the date on this Order.

2. Plaintiff's motion to compel discovery (Doc. #66) is **GRANTED** to the extent that Defendants shall produce the aforementioned videotapes for Plaintiff's review within **seven (7)**

**days** from the date on this Order and shall provide the aforementioned personnel files for the Defendants within **twenty (20) days** from the date on this Order.

**DONE AND ORDERED** in Fort Myers, Florida, on this _25th_ day of August, 2010.

                                                DOUGLAS N. FRAZIER
                                                UNITED STATES MAGISTRATE JUDGE

SA: alj
Copies: All Parties of Record