# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

**LESAMUEL PALMER,**
   **Plaintiff,**

v.                                                            CASE NO.: 2:09-CV-604-Ftm-29DNF

**A. JOHNSON, CT AL.,**
   **Defendants,**
_____/

## AFFIDAVIT OF SAMUEL PALMER

STATE OF FLORIDA }
COUNTY OF CHARLOTTE }

BEFORE ME, the undersigned authority, personally appeared LeSamuel Palmer, who first after being sworn says:

1. I am over the age of eighteen (18) years of age and have personal knowledge of the facts stated herein.

2. I am an inmate at the Charlotte Correctional Institution, Punta Gorda, Florida.

3. At approximately 8:45 am on the 9th day of June 2009 while I was out at rec, behind G dormitory, me and several other inmates were having a conversation about sports.

4. Officer Kraus came up to the rec cage, which I was accordingly placed in, and told me to lower my voice.

5. I stated to Officer Kraus, "I wasn't that loud, why you always fucken with me."

6. Officer Kraus then said to me, "Shut the fuck up as I told you."

7. I told Officer Kraus, "Man fuck you."

8. Officer Kraus then went and received a pair of handcuffs along with the belt waist restraint. He came to the cage I was accordingly in and told me to cuff up.

9. I then walked up to the cage to cuff, stating, "Man this shit is crazy ass hell."

10. Officer Kraus stated, "You know what, fuck this." And walked away and called Lt. Walker on the radio.

11. Approximately 9:12 a.m. Lt. Walker came out to G-dorm and asked me what's the problem. I told him what took place and told him I never refuse to cuff up. He then told me to come and cuff up. I followed his order and cuffed up.

12. After I cuffed up and while Officer Kraus was placing the waist restraint belt around me which was connected to the handcuff to keep me from having free access to the movement of my hands, I asked Lt. Walker "Can another officer escort me, for me and Officer Kraus have problem." Lt. Walker stated to me, "No, go, or force will be applied.", so I walked on.

13. While I was walking inmate McGee called me and I turned my head in his direction and asked him "What's up". He then told me to just maintain. Which I replied back "Fro-sure lil bra, these pigs can't get to me".

14. While I was facing McGee, Officer Kraus took and aggressively slammed me to the ground. Which I was struck with a couple of blows by the Officer.

15.   While on the ground, Officer Kraus was lying on top of me, calling me a baby raper, while Officer Coniglio was holding my leg with a lot of pressure.

16.   At not time was I pulling away from Officer Kraus, or yelling at Officer Kraus in any manner. At no time I turned toward Officer Kraus or any other officer in an aggressive manner, for the officer to feel threatened by me.

The foregoing facts are known to me to be true of my own knowledge. I am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter.

FURTHER AFFIANT SAYETH NAUGHT

/s/ _____
LeSamuel Palmer
DC # L41847
Charlotte C.I.
33123 Oil Well Road
Punta Gorda, FL 33955


Sworn to and subscribed before me

this __24__ day of August, 2010.

_____
(Signature of Notary Public, State of Florida)

__Karl Fedronas__
Print type or stamp commissioned name of Notary Public

KARL FEDRONAS
MY COMMISSION # DD 934317
EXPIRES: October 23, 2013
Bonded Thru Budget Notary Services

3