# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

LESAMUEL PALMER,
Plaintiff,

v.                                        CASE NO.: 2:09-CV-604-Ftm-29DNF

A. JOHNSON, CT AL.,
Defendants,
_____/

## AFFIDAVIT OF CLAYTON L. McGEE

STATE OF FLORIDA        }
COUNTY OF CHARLOTTE }

        BEFORE ME, the undersigned authority, personally appeared

LeSamuel Palmer, who first after being sworn says:

1.    I am over the age of eighteen (18) years of age and have personal knowledge of the facts stated herein.

2.    I am an inmate at the Charlotte Correctional Institution, Punta Gorda, Florida.

3.    On the 9th day of June, 2009 at approximately 8:45am while me and Palmer was outside for our 2 hours recreation behind G dormitory, me and Palmer was discussing an issue that took place on quad 3 in G dormitory.

4.    Officer Kraus walked up to Palmer and told him to keep the noise down.

5.   Palmer said to Kraus, "I wasn't even loud, why are you messing with me, you constantly fucks with me."

6.   Officer Kraus then told Palmer to "Shut the fuck up". Officer Kraus then went and received a pair of cuffs and told Palmer to cuff up, he's going back in.

7.   Palmer then walked to the gates and placed his hands through the gate for Officer Kraus to cuff him up. Officer Kraus then said fuck this and walked away. He called Lt. Walker on the radio.  Once Lt. Walker arrived, Officer Kraus told Lt. Walker that Palmer refused to cuff up.

8.   At approximately 9:12 a.m. me and the other inmates started saying Officer Kraus was lying on Palmer. For Palmer never refused to cuff up. Lt. Walker then told Palmer to cuff up.

9.   When Palmer cuffed up he asked the Lt. can another Officer escort him, for him and Officer Kraus have problems. Lt. Walker told Palmer, "No, you can walk with him, or use of force will be applied on you."

10.   Palmer started walking with Officer Kraus, while Palmer was walking he was talking to me and other inmates. I called Palmer's name and he turned his head in my direction and said to me "What's up". I then told Palmer, to "Just maintain." And Palmer told me, "Fro-sure lil bra, these pigs can't get to me."

11.   At this time Officer Kraus grabbed a hold of Palmer and in an aggressive manner slammed Palmer on the cement ground.

12.   At no time was Palmer aggressive toward Officer Kraus, and at no time Palmer was yelling at Officer Kraus but Palmer was talking to me and other inmates while he was walking with Officer Kraus. I also heard Officer Kraus called Palmer a Baby Raper.

The foregoing facts are known to me to be true of my own knowledge. I am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter.

FURTHER AFFIANT SAYETH NAUGHT

/s/ Clayton L. McGee
Clayton L. McGee

Witnessed By:

/s/ LeSamuel Palmer
LeSamuel Palmer

Sworn to and subscribed before me

this __24__ day of August, 2010.

(Signature of Notary Public, State of Florida)

Print type or stamp commissioned name of Notary Public

KARL FEDRONAS
MY COMMISSION # DD 934317
EXPIRES: October 23, 2013
Bonded Thru Budget Notary Services