**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

**LESAMUEL PALMER,
DC#L41847,**

    Plaintiff,

v.                                           Case No.: 2:09-CV-604-FtM-29DNF

**A. JOHNSON, et al.,**

    Defendants.

_____/

## DEFENDANT'S ANSWER, DEFENSES, AND DEMAND FOR JURY TRIAL

    Defendant **Johnson**, through counsel, submits this Answer, Defenses, and Demand for Jury Trial in response to the Plaintiff's civil rights complaint and states as follows:

I.         Denied.

II.    A.    Without knowledge.

          B.    Without knowledge.

          C.    Without knowledge.

          D.    Without knowledge.

III.   A.    Admitted.

          B.    Without knowledge.

          C.    Without knowledge.

      D.    N/A.

IV.    A.    Without knowledge.

      B.    Without knowledge.

      C.    Without knowledge.

      D.    Without knowledge.

V.    Denied as to defendant's address and plaintiff's address. Without knowledge as to any other defendant's address.

VI.    Denied.

VII.    Denied that force was employed against Plaintiff on June 08, 2009. Remainder denied as stated by Plaintiff.

VIII.    Denied that Plaintiff is entitled to any damages or any relief whatsoever.

## **Defenses**

1. Plaintiff has not established a violation of his constitutional rights and his claims are malicious.

2. Plaintiff is not entitled to compensatory or punitive damages per 42 U.S.C. § 1997e(e).

3. Plaintiff failed to fully and properly exhaust his administrative remedies.

4. Plaintiff fails to state a Constitutional claim against Defendant.

5. Defendant is entitled to qualified immunity.

6.  Plaintiff's claim for injunctive relief is moot.

## Demand for Jury Trial

Defendant demands a jury trial on all issues triable.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

s/ Lance Eric Neff
Lance Eric Neff
Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: LeSamuel Palmer, DC# L41847, R.M.C., 7765 S. CR 231, P.O. Box 628, Lake Butler, Florida, 32054-0628 on this 17th day of February, 2011.

s/ Lance Eric Neff
LANCE ERIC NEFF