IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| LESAMUEL PALMER,<br>        Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br>        Defendants. | Case No. 2:09-cv-604-Ftm-20DNF |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that JAMES V. COOK appears as counsel for

Plaintiff, LESAMUEL PALMER, and requests all correspondence, pleadings,

motions, notices and other filings be served on this attorney.

Respectfully Submitted,

*s/James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966853
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida  32301
(850) 222-8080; 850 561-0836 Facsimile
cookjv@nettally.com
ATTORNEY FOR PLAINTIFF

I CERTIFY the foregoing was filed electronically on 02/23/2011 and that the person noted below is registered to be notified by the CM/ECF electronic mail system:

Lance Eric Neff
Office of the Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050
Lance.neff@myfloridalegal.com

*s/James V. Cook*